# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BETTER FUTURE INVESTMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01613-JLS-KES<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1 | After consideration of the Joint Stipulation for Dismissal of the entire action
2 | with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Better Future
3 | Investment, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice
4 |
5 | of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall
6 | bear his or its own costs and attorneys' fees.
7 |
8 | IT IS SO ORDERED.
9 |
10 | DATED: February 01, 2021
11 | _____
12 | HON. JOSEPHINE L. STATON
    | UNITED STATES DISTRICT JUDGE